AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| Kenneth Aubrey, </br>*Plaintiff* </br> v. </br> U.S. 1 Chevrolet of Milford LLC, et ano. </br> *Defendant* | ) </br> ) </br> ) Case No. 3:22-cv-220 (RNC) </br> ) </br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants .

Date: 04/06/2022

/s/ Emanuel Kataev, Esq.
*Attorney's signature*

Emanuel Kataev, Esq. (CT30975)
*Printed name and bar number*

Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
*Address*

emanuel@mllaborlaw.com
*E-mail address*

(516) 303-1395
*Telephone number*

(516) 328-0082
*FAX number*